[NOT FOR PUBLICATION]

 UNITED STATES COURT OF APPEALS
 FOR THE FIRST CIRCUIT
 

No. 97-2202

 IN RE:

 FRIEDRICH LU,

 Petitioner.
 

 APPEAL FROM THE UNITED STATES DISTRICT COURT

 FOR THE DISTRICT OF MASSACHUSETTS

 [Hon. George A. O'Toole, Jr., U.S. District Judge] 

 

 Before

 Torruella, Chief Judge, 
 Selya and Stahl, Circuit Judges. 

 

Friedrich Lu on brief and petition for mandamus pro se. 

 

 NOVEMBER 19, 1997
 

 Per Curiam. For the reasons stated in the district 

court order, appellant's complaint properly was dismissed for

want of federal subject matter jurisdiction and the district

court could not enjoin enforcement of the state court order.

Further, we find no basis for mandamus relief here.

 The judgment is affirmed, and the petition for mandamus 

is denied. See 1st Cir. Loc. R. 27.1.  

 -2-